Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Colimbia

Division

|  |  |
|---|---|
| Jamesena Bradley | Case: 1:24-cv-03275 JURY TRIAL<br>Assigned To : Walton, Reggie B.<br>Assign. Date : 11/19/2024<br>Description: Pro Se General (DECK -F) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*   ☒ Yes   ☐ No

Merrick Garland, Attorney General

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jamesena Bradley |
| Street Address | 1111 Oakley Industrial Blvd, Suite 3203 |
| City and County | Fairburn |
| State and Zip Code | GA 30213 |
| Telephone Number | 770-696-6629 |
| E-mail Address | bradleyhomebase@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Philip Merkle |
| Job or Title *(if known)* | Director of the Office of Administration |
| Street Address | 999 North Capitol Street, NE |
| City and County | Washington, DC |
| State and Zip Code | 20531 |
| Telephone Number | 202-307-2534 |
| E-mail Address *(if known)* | Phillip.Merkle@usdoj.gov |

Defendant No. 2

| | |
|---|---|
| Name | Jennifer McCarthy |
| Job or Title *(if known)* | Deputy Director of Administration |
| Street Address | 999 North Capitol Street, NE |
| City and County | Washington, DC |
| State and Zip Code | 20531 |
| Telephone Number | 202-616-3089 |
| E-mail Address *(if known)* | Jennifer.McCarthy@usdoj.gov |

Defendant No. 3

| | |
|---|---|
| Name | Department of Justice, Office of Justice Programs |
| Job or Title *(if known)* | |
| Street Address | 99 North Capitol Street, NE |
| City and County | Washington, DC |
| State and Zip Code | 20531 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | ojpcongressional@usdoj.gov. |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

discrimination based in race and harassment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jamesena Bradley\, is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Department of Justice, Office of Justice, is a citizen of the State of *(name)* DC. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* __Philip Merkle__, is incorporated under the laws of the State of *(name)* __DC__, and has its principal place of business in the State of *(name)* __DC__.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* __Department of Justice, Office of__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  $150,000 to $300,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment 1 and attachment 2

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek the following remedies:
1. Restoration to My Original Position:
o Immediate reassignment to a position equivalent to my prior role as a Realty Specialist (GS-13 Step 6) or a comparable position aligned with my qualifications and career trajectory.
2. Compensation for Emotional and Professional Harm:
o Compensation for the emotional distress, professional harm, and reputational damage caused by the reassignment and the agency's actions.
3. Investigation and Accountability:
o An independent investigation into the agency's handling of my reassignment and the lack of documented justification.
4. Other Relief:
o Any other relief the court deems appropriate, including ensuring the agency follows federal regulations in future reassignment or reorganization decisions.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff   Jamesena Bradley

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address

2. The Defendant(s) – Continues

c. If the defendant is a corporation The defendant, *(name)* **Jennifer McCarthy** , is incorporated under ,

the laws of the State of *(name)* **DC.** and has its
principal place of business in the State of *(name)* **DC**

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)* **Department of Justice, Office of Justice Programs**

Attachment 1 - Statement of Claim

**Complaint of Jamesena Bradley v. Merrick Garland, Attorney General**

I allege that I was subjected to discriminatory and retaliatory treatment by my federal agency employer, which culminated in an unjust reassignment that appeared to downgrade my role. Specifically:

1. Reassignment and Harassment:
   1.1. After November 3rd, 2023, I was reassigned from my position as a Realty Specialist (GS-13 Step 6) to a new position involving Event Coordination, without consultation, explanation, or justification.
   1.2. The original SF-50 documenting this reassignment listed only the term "reassignment" in the remarks section, with no additional description or explanation for the decision.
   1.3. While I retained my GS-13 grade, my pay step was inexplicably lowered from GS-13 Step 6 to GS-13 Step 5in the initial SF-50. This pay reduction was corrected only later in a subsequent SF-50, which reinstated me to GS-13 Step 6. However, I believe this downgrade and subsequent correction were deliberate actions taken to harass me.
2. Nature of the New Position:
   2.1. The duties of the Event Coordinator position to which I was reassigned are drastically different in complexity, technical requirements, and relevance to my qualifications compared to my prior position as a Realty Specialist.
   2.2. According to USAJobs, Event Coordinator positions typically max out at the GS-9 level. My reassignment to this position significantly undermines my professional standing and creates the false impression that I am unqualified for higher-level responsibilities, damaging my career trajectory.

3. Exclusion from Job-Specific Roles and Responsibilities:

    3.1. Prior to my reassignment, I was systematically excluded from key job-specific working groups and shared drives related to a significant real estate project, one of the primary assignments for which I was hired.

    3.2. I initially worked solo on this large project, expecting a team of contractors to join and collaborate. However, when the contractors came on board, I was excluded from working with them, despite this being a key expectation of my role.

    3.3. This exclusion was never explained or justified, despite my qualifications and original assignment to the project.

4. Unpublished Job Opportunity and Favoritism:

    4.1. One of the contractors later transitioned into a permanent federal employee role, without any job posting or competitive hiring process. This lack of transparency and procedural irregularity further suggests discriminatory practices and favoritism.

    4.2. Importantly, this individual effectively replaced me in key responsibilities and began performing many of the duties that were central to my original role as a Realty Specialist. This undermined my authority and professional standing while removing me from work I was hired and qualified to perform.

    4.3. Additionally, I was excluded from external meetings with stakeholders, external bodies, and key decision-making groups related to a project I had been working on for years. My exclusion gave the false impression that I had done something wrong or was no longer competent in my role. This has caused reputational damage, as I am no longer seen as an active participant or contributor to the project I originally led.

5. Failure to Document and Justify Reassignment:

    5.1. The agency failed to provide any documented justification for the reassignment or explanation of

why I was removed from my original position. Federal regulations, including 5 CFR § 330.602, require structured procedures and documentation for workforce transitions and reassignments, particularly when positions are eliminated or employees are moved.

5.2. The lack of explanation and documentation suggests that this reassignment was arbitrary and discriminatory.

6. EEO Investigation Findings:

   6.1. During the informal EEO investigation, the agency failed to address my concerns about the reassignment's lack of justification, and the role's misalignment with my expertise and qualifications.